IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**WAUSAU BUSINESS INSURANCE COMPANY**
and
**EMPLOYERS INSURANCE COMPANY OF WAUSAU,**
      **Plaintiff,**

v.

**COASTAL TRAINING TECHNOLOGIES, CORP.,**
      **Defendant.**

Civil Action No. 2:07cv334



## OPINION AND ORDER

This matter comes before the Court upon the Parties' Joint Motion to Stay Proceedings. Subject to the conditions outlined below, the Court **GRANTS** the parties' Motion and, except as set forth below, stays further proceedings in this action until February 1, 2008.

The parties have represented that this case presents primarily a question of law and not of fact. Consequently, this Court desires to keep attorney's fees as reasonable as possible. In the interests of efficiency, the Court therefore **ORDERS** the parties to comply with the following conditions:

(1)     The parties must file any Motions for Summary Judgment by 11:59 p.m., January 31, 2008.

(2)     The parties must file all discovery requests within ten (10) days of the date of this Order.

(3)     The parties may not file any more than five (5) requests for admission and/or interrogatories.

1

(4) The parties may not take any depositions without the express permission of this Court.

(5) After any discovery requests have been answered, the parties may make one (1) request for production subject to the obtaining of the express permission of this Court.

(6) The parties must forward copies of any rulings by the United States District court for the Northern District of Illinois in <u>G.M. Sign, Inv. v. Coastal Training Technologies Corp.</u> to this Court.

The Court further **ORDERS** the parties to appear at 10:00 a.m. on February 1, 2008 for a scheduling teleconference with the Court to be arranged by the attorney for the Plaintiff.

The Clerk of the Court is **DIRECTED** to fax and forward copies of this Order to counsel of record for all parties.

**IT IS SO ORDERED.**

/s/ G. Doumar
Senior United States District Judge

_____
UNITED STATES DISTRICT JUDGE

September 18, 2007
Norfolk, Virginia

/s/
Robert G. Doumar
Senior United States District Judge

2